RECEIVED
IN ALEXANDRIA, LA.

APR - 5 2013

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR. | DOCKET NO. 12-CV-2110; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| RICARDO MARTINEZ | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 5th day of April, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT